# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>ENRIQUE REYES-LOPEZ,<br><br>                      Defendant. | Case No. 17-cr-04395-BAS<br><br>**JUDGMENT AND ORDER GRANTING MOTION TO DISMISS INDICTMENT**<br><br>**[ECF No. 17]** |

Presently before the Court is Defendant Enrique Reyes-Lopez's motion to dismiss the indictment. (ECF No. 17.) The Court previously set a March 16, 2018, deadline for the Government to produce discovery related to Defendant's alleged deportation. (ECF No. 16.) The Government did not comply with this deadline. Consequently, the Court **GRANTS** Defendant's motion to dismiss the indictment. The indictment is dismissed, and Defendant shall be released from criminal custody in this case.

**IT IS SO ORDERED.**

DATED: March 22, 2018

                                                    Hon. Cynthia Bashant
                                                    United States District Judge